July 30, 1997

16919       Krieger v. Krieger       Affirmed